# United States District Court
## Violation Notice

CVB Location Code: A15
MY 10

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7074219 | Fox, S. | F55B2 |

7074219

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 04/20/2017 6:02 PM | MTA 21 801.1 |

**Place of Offense:** West Perimeter Rd and Georgia Ave, Joint Base Andrews, AFB, MD, 20762

HAZMAT ☐

**Offense Description: Factual Basis for Charge:**
Driving vehicle at speed exceeding limit.
35 mph in 25 mph zone.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Anderson | Ryan | G |

[Street Address redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| CH5704 | MD | 17 | Freight Truck | | White |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 90.00 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 120.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed Ryan A.]

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN MAY 18, 2017 10:37

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **20 April, 2017** while exercising my duties as a law enforcement officer in the **JB Andrews** District of **Prince Georges County**

I Sawyer Fox was performing speed enforcement duties on West Perimeter Rd and Georgia Ave utilizing body camera #7. While wearing body camera #7 and utilizing lidar #LF02869, I observed the defendant driving 35 mph in a 25 mph zone. I then performed a traffic stop.

The foregoing statement is based upon:

☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **04/20/2017**    [Signature: Sawyer Fox]
             Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN MAY 18, 2017 10:37